IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM H. CARR, JR., HUSBAND,

Appellant,

v.

LYNNE O'SHALL CARR, WIFE,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5266

Opinion filed July 17, 2014.

An appeal from the Circuit Court for Gulf County.
Shonna Y. Gay, Judge.

Kristin Adamson, Tallahassee; Mel C. Magidson, Jr., of Mel C. Magidson, P.A., Port St. Joe, for Appellant.

Jerome M. Novey, Shannon L. Novey, and Christin F. Gonzalez of Novey Law, Tallahassee; Michael E. Grabner, Panama City, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF and ROWE, JJ., and PARKER, GREGORY S., ASSOCIATE JUDGE, CONCUR.